Debtor name  **Zaremba Group, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION-BAY CITY

Case number (if known) **18-21887**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................ $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*.......................................................................... $ 349,681.49

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................ $ 349,681.49

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................. $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ 1,852,394.75

4. **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b        $ 1,852,394.75

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Fifth Third Bank** | **Checking** | **7215** | $4,681.49 |
| 4. | **Other cash equivalents** *(Identify all)* | | | |
| 4.1. | **Chemical Bank CD** | | | $345,000.00 |
| 5. | **Total of Part 1.** Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | | $349,681.49 |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---------|-------------|

**13. Does the debtor own any investments?**

- ■ No.  Go to Part 5.
- ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ■ No.  Go to Part 6.
- ☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|--------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

- ■ No.  Go to Part 7.
- ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No.  Go to Part 8.
- ☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ■ No.  Go to Part 9.
- ☐ Yes Fill in the information below.

| Part 9: | Real property |
|---------|---------------|

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

**55.**    Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. 55.1. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| See attached | Fee simple | Unknown | N/A | Unknown |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

|  |
|--|
| **$0.00** |

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.   **Notes receivable**
      Description (include name of obligor)

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

74.   **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.   **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.   **Trusts, equitable or future interests in property**

77.   **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
      **US Supreme Court Case No. 18M51 entitled Zaremba Family Farms, Inc, et al vs. Encana Oil & Gas (USA) Inc.**                                          **Unknown**

78.   **Total of Part 11.**                                                                 **$0.00**
      Add lines 71 through 77. Copy the total to line 90.

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $349,681.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9* ..........................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $349,681.49 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $349,681.49 |

Schedule A/B: Assets – Real and Personal Property

Question #55

These properties, upon information and belief, are titled to Zaremba Group, LLC, however, upon information and belief, other entities or individuals claim ownership in these properties, as they were purchased by other entities or individuals, those entities paid any and all real property taxes and/or received and reported income received and/or took appropriate deductions based upon their ownership of the properties.

Antrim County Parcels:

Warner Township T31N-R5W
05-15-036-003-00, Sec. 36, 247 Acres;    05-15-024-001-20, Sec. 24, 40 Acres;
05-15-036-004-00, Sec. 36, 33 Acres;    05-15-024-007-00, Sec. 24, 80 Acres;
05-15-036-001-00, Sec. 36, 160 Acres;    05-15-036-002-00, Sec. 36, 120 Acres;
05-15-023-004-00, Sec. 23, 35 Acres;    05-15-026-001-00, Sec. 26, 46 Acres;
05-15-025-011-00, Sec. 25, 80 Acres;    05-15-024-001-40, Sec. 24, 41.5 Acres;
05-15-025-009-00, Sec. 25, 80 Acres;    05-15-025-002-00, Sec. 25, 80 Acres;

Star Township T30N-R5W
05-13-002-006-00, Sec. 2, 40 Acres;    05-13-002-003-00, Sec. 2, 80 Acres;
Parcel in Sec. 1, 132 Acres;    05-13-003-001-00, Sec. 3, 55.27 Acres;
05-13-002-002-00, Sec. 2, 55.49 Acres;    05-13-001-002-00, Sec. 1, 96 Replaced Acres;
05-13-001-004-10, Sec. 1, 37.93 Acres; Relinquished
05-13-002-001-00, Sec. 2, 162.27 Acres    05-13-001-003-00, Sec. 1, 52.74 Acres;

Otsego County Parcels:

Elmira Township T31N-R4W
060-20-400-020-01, Sec. 20, 32 Acres;    060-009-100-005-00, Sec. 9, 80 Acres;
060-018-300-010-01, Sec. 18, 9.76 Acres    060-031-200-005-00, Sec. 31, 80 Acres;

Hayes Township South T29N R4W
070-019-100-020-00, Sec. 19, 30 Acres;

Village Elmira
061-110-006-001-00, Block 6;

Livingston Township T31N R3W
080-031-400-005-01, 31.10 Acres;

City of Gaylord T30N R3W

120-110-000-835-01, Sec. 16, .75 Acres

Crawford County Parcels:

Grayling Charter Township T26N R2W

040-40-001-11-020-00, Sec. 1 37.5 Acres

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

Debtor name **Zaremba Group, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION-BAY CITY

Case number (if known) **18-21887**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

**3.1** | Nonpriority creditor's name and mailing address
**Encana Oil & Gas (USA) Inc.**
**370 17th Street**
**Suite 1700**
**Denver, CO 80202**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☑ No ☐ Yes

**$1,800,000.00**

**3.2** | Nonpriority creditor's name and mailing address
**Howard & Howard Attorneys PLLC**
**450 West Fourth Street**
**Royal Oak, MI 48067-2557**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees**

Is the claim subject to offset? ☑ No ☐ Yes

**$14,633.00**

**3.3** | Nonpriority creditor's name and mailing address
**James Zaremba**
**125 North Estates**
**Gaylord, MI 49735**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$15,000.00**

**3.4** | Nonpriority creditor's name and mailing address
**Pension Benefit Guaranty Corporation**
**1200 K. Street, NW**
**Washington, DC 20005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Notice Purposes Only**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,761.75 |
| --- | --- | --- | --- |

**Sitz Tax**
**P.O. Box 598**
**Gaylord, MI 49734**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** __Accounting Fees__

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- | --- |
| 4.1 | **Mark C. Rossman**<br>**Rossman Saxe, P.C.**<br>**2145 Crooks Road #220**<br>**Troy, MI 48084** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **William A. Horn**<br>**Mika Meyers Beckett & Jones PLC**<br>**900 Monroe Avenue, N.W.**<br>**Grand Rapids, MI 49503** | Line __3.1__<br><br>☐ Not listed. Explain ____ | _ |

---

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 1,852,394.75 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,852,394.75 |

Debtor name    **Zaremba Group, L.L.C.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF MICHIGAN, NORTHERN
DIVISION-BAY CITY

Case number (if known)    **18-21887**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.2    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.3    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| 2.4    State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

Debtor name **Zaremba Group, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION-BAY CITY

Case number (if known) **18-21887**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

#### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

#### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Walter Zaremba** | **P.O. Box 75**<br>**Elmira, MI 49730** | **Encana Oil & Gas (USA) Inc.** | ☐ D _____<br>■ E/F __3.1__<br>☐ G _____ |

Fill in this information to identify the case:

Debtor name **Zaremba Group, L.L.C.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION-BAY CITY

Case number (if known) **18-21887**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November  5, 2018**          X **/s/ James Zaremba**
                                                Signature of individual signing on behalf of debtor

                                                **James Zaremba**
                                                Printed name

                                                **Managing Member**
                                                Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Zaremba Group, L.L.C.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF MICHIGAN, NORTHERN DIVISION-BAY CITY

Case number (if known)   **18-21887**

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$68,790.00** |
| **For year before that:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$4,774.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1.   **See attached** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **See attached.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Encana Oil & Gas (USA) Inc. vs. Zaremba Group, LLC, Zaremba Family Farms, Inc. and Walter Zaremba 12-00369-plm** | **Collection** | **US District Ct., Western District of MI** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **Zaremba Family Farms, Inc., et al vs. Encana Oil & Gas (USA) Inc. 18M51** | **Collection** | **US Supreme Court** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Warner Norcross & Judd, LLP**<br>**715 E. Main Street**<br>**Suite 110**<br>**Midland, MI 48640-5382** | **Attorney Fees** | **10/8/18** | **$15,000.00** |
| | **Email or website address**<br>**rgiunta@wnj.com** | | | |
| | **Who made the payment, if not debtor?**<br>**James Zaremba** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **Yvonne Zaremba**<br>**P.O. Box 75**<br>**Elmira, MI 49730** | **Farmland known as the Franckowiak**<br>**Parcel - $186,667.00** | **12/27/2017** | **$186,667.00** |
| | Relationship to debtor<br>**Owner** | | | |
| 13.2<br>. | **Zaremba Properties, LLC**<br>**125 N. Estates Drive**<br>**Gaylord, MI 49735** | **Mineral rights owned by Zaremba Group,**<br>**LLC - $979,532.00** | **12/29/2017** | **$979,532.00** |
| | Relationship to debtor<br>**Related Entity** | | | |
| 13.3<br>. | **Zaremba Group Pension Fund**<br>**125 N. Estates Drive**<br>**Gaylord, MI 49735** | **$979,532.00** | **12/2017** | **$979,532.00** |
| | Relationship to debtor<br>**Related Entity** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.

☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
    Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Sitz Tax**<br>**P.O. Box 598**<br>**Gaylord, MI 49734** | |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
    within 2 years before filing this case.

    ■ None

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| 26c.1.    **Sitz Tax**<br>**P.O. Box 598**<br>**Gaylord, MI 49734** | |
| 26c.2.    **James Zaremba**<br>**125 N. Estates Drive**<br>**Gaylord, MI 49735** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
    statement within 2 years before filing this case.

    ■ None

| Name and address |
|---|

18-21887-dob    Doc 27    Filed 11/05/18    Entered 11/05/18 15:50:24    Page 19 of 32

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Carrie Anne Saville | 10516 Halsey Road Grand Blanc, MI 48439 | Ownership | 18.330398% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Cathy Smalley | 3169 Thistle Court Saline, MI 48176 | Ownership | 18.330398% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| James Zaremba | 125 N. Estates Drive Gaylord, MI 49735 | Ownership | 18.33039% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Zaremba | 10922 Manglos Road Elmira, MI 49730 | Ownership | 18.33039% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Yvonne Zaremba | P.O. Box 75 Elmira, MI 49730 | Ownership | 26.678408% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached** | | | |
| | **Relationship to debtor** | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

18-21887-dob    Doc 27    Filed 11/05/18    Entered 11/05/18 15:50:24    Page 20 of 32

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November  5, 2018**

**/s/ James Zaremba**                                    **James Zaremba**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

# Zaremba Group, LLC
## General Ledger
### As of November 1, 2018

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Checking - FT6659** | | | | | | |
| Check | 07/02/2018 | 1657 | Jordan Herman | | Member Draw ... | -100.00 |
| Check | 07/02/2018 | 1666 | St. Thomas | | Donations | -20.00 |
| Check | 07/02/2018 | 1667 | St. Thomas | | Donations | -5.00 |
| Deposit | 07/02/2018 | | | Deposit | Oil & Gas Roy... | 438.88 |
| Deposit | 07/03/2018 | | | Deposit | Oil & Gas Roy... | 1,272.36 |
| Check | 07/09/2018 | 1664 | Charles Fox | ? | Member Draw ... | -125.00 |
| Check | 07/09/2018 | 1665 | ADT Security | | Member Draw ... | -127.08 |
| Check | 07/10/2018 | 1662 | Bailey Wieber | | Member Draw ... | -50.00 |
| Check | 07/11/2018 | | American Express | | Member Draw ... | -1,562.00 |
| Check | 07/13/2018 | | Kohls | | Member Draw ... | -18.50 |
| Check | 07/13/2018 | | Chase | | Member Draw ... | -1,000.00 |
| Check | 07/16/2018 | 1692 | Charles Fox | | Member Draw ... | -120.00 |
| Check | 07/16/2018 | 1694 | St. Thomas | | Donations | -20.00 |
| Check | 07/16/2018 | | Chase | | Member Draw ... | -4,463.48 |
| Check | 07/17/2018 | 1660 | Sitz Tax | | Professional F... | -1,184.00 |
| Check | 07/17/2018 | 1691 | Pine Island Moose L... | | Member Draw ... | -50.00 |
| Check | 07/17/2018 | 1693 | St. Mary's | | Donations | -100.00 |
| Check | 07/18/2018 | 1695 | Lake Ann Enterprises | | Professional F... | -950.00 |
| Transfer | 07/19/2018 | | | Funds Transfer | Money Market ... | -30,000.00 |
| Check | 07/20/2018 | 1997 | Aflac | | Member Draw ... | -1,470.15 |
| Check | 07/23/2018 | | Chase | | Member Draw ... | -176.24 |
| Deposit | 07/23/2018 | | | Deposit | Oil & Gas Roy... | 7,571.50 |
| Check | 07/24/2018 | 1698 | Hi-Fold Door Corp. | | Repairs and M... | -8,251.69 |
| Check | 07/25/2018 | | Great Lakes Energy | | Utilities | -1,047.30 |
| Deposit | 07/25/2018 | | | Deposit | Oil & Gas Roy... | 469.45 |
| Deposit | 07/25/2018 | | | Deposit | Oil & Gas Roy... | 21,013.53 |
| Check | 07/26/2018 | 1588 | Pioneer State Mutual | | Insurance Exp... | -4,539.82 |
| Check | 07/27/2018 | 1590 | 5th 3rd Bank | | Member Draw ... | -1,882.55 |
| Check | 08/01/2018 | 1701 | Elmira Collision | | Member Draw ... | -1,707.00 |
| Check | 08/02/2018 | 1699 | Charles Fox | | Member Draw ... | -125.00 |
| Check | 08/03/2018 | 1583 | Charter Twp of Gray... | | Property Taxes | -719.22 |
| Check | 08/03/2018 | 1584 | Livingston Township... | | Property Taxes | -281.98 |
| Check | 08/03/2018 | 1704 | City of Gaylord | | Property Taxes | -20,690.64 |
| Check | 08/06/2018 | 1712 | Howard & Howard | | Professional F... | -20,846.87 |
| Check | 08/06/2018 | | American Express | | Member Draw ... | -326.93 |
| Check | 08/07/2018 | 1706 | J & N Construction | | Member Draw ... | -10,431.93 |
| Check | 08/07/2018 | 1710 | Derrer Oil | | Member Draw ... | -2,827.14 |
| Check | 08/07/2018 | 1711 | Foster, Swift, Collins... | | Professional F... | -15,890.00 |
| Check | 08/07/2018 | 1715 | Howard & Howard | | Professional F... | -2,600.00 |
| Check | 08/07/2018 | 1714 | Walter Zaremba | | Member Draw ... | -5,750.00 |
| Check | 08/08/2018 | | Pioneer State Mutual | | Insurance Exp... | -4,640.68 |
| Check | 08/08/2018 | | | | Bank Service ... | -148.00 |
| Transfer | 08/08/2018 | | | Funds Transfer | Money Market ... | 25,000.00 |
| Check | 08/09/2018 | 1713 | Preston Feathers | | Member Draw ... | -4,369.81 |
| Check | 08/09/2018 | 1718 | Charles Fox | | Member Draw ... | -125.00 |
| Check | 08/09/2018 | 1721 | Dr. Vissar-Robel | | Member Draw ... | -299.00 |
| Deposit | 08/09/2018 | | | NSF Reversed | Bank Service ... | 74.00 |
| Deposit | 08/09/2018 | | | NSF Reversed | Bank Service ... | 74.00 |
| Check | 08/10/2018 | 1582 | Hayes Township Tre... | | Property Taxes | -263.77 |
| Check | 08/10/2018 | 1585 | Star Township Trea... | | Property Taxes | -1,923.69 |
| Check | 08/10/2018 | | | | Bank Service ... | -111.00 |
| Transfer | 08/10/2018 | | | Funds Transfer | Money Market ... | 3,000.00 |
| Check | 08/13/2018 | 1586 | Elmira Township Tre... | | Property Taxes | -3,952.79 |
| Check | 08/13/2018 | 1703 | St. Thomas | | Donations | -20.00 |
| Check | 08/13/2018 | 1719 | St. Thomas | | Donations | -500.00 |
| Check | 08/13/2018 | 1720 | St. Thomas | | Donations | -500.00 |
| Check | 08/13/2018 | 1722 | Meijer | | Member Draw ... | -33.01 |
| Check | 08/13/2018 | | | | Bank Service ... | -111.00 |
| Transfer | 08/13/2018 | | | Funds Transfer | Money Market ... | 2,000.00 |
| Transfer | 08/13/2018 | | | Funds Transfer | Money Market ... | 5,000.00 |
| Check | 08/14/2018 | | | | Bank Service ... | -185.00 |
| Transfer | 08/14/2018 | | | Funds Transfer | Member Draw ... | 10,000.00 |
| Transfer | 08/20/2018 | | | Funds Transfer | Member Draw ... | -779.84 |
| Check | 08/20/2018 | | Chase | | Member Draw ... | -193.34 |
| Deposit | 08/20/2018 | | | Deposit | Miscellaneous ... | 779.84 |
| Check | 08/21/2018 | 1587 | Warner Township Tr... | | Property Taxes | -6,740.60 |
| Check | 08/21/2018 | 1589 | Gaylord Area Elks L... | | Dues & Subscr... | -110.00 |

18-21887-dob    Doc 27    Filed 11/05/18    Entered 11/05/18 15:50:24    Page 22 of 32

# Zaremba Group, LLC
## General Ledger
### As of November 1, 2018

| Type | Date | Num | Name | Memo | Split | Amount |
|---|---|---|---|---|---|---|
| Check | 08/22/2018 | 1724 | USPS | | Postage | -20.00 |
| Check | 08/22/2018 | | | | Bank Service ... | -74.00 |
| Transfer | 08/22/2018 | | | Funds Transfer | Money Market ... | 4,000.00 |
| Deposit | 08/27/2018 | | | Linn | Oil & Gas Roy... | 473.60 |
| Deposit | 08/27/2018 | | | Riverside | Oil & Gas Roy... | 20,777.20 |
| Deposit | 08/29/2018 | | | Deposit | Miscellaneous ... | 318.62 |
| Check | 08/30/2018 | 1668 | 5th 3rd Bank | | Member Draw ... | -1,628.31 |
| Check | 08/30/2018 | | | | Member Draw ... | -10,000.00 |
| Check | 08/31/2018 | 1666 | Howard & Howard | | Professional F... | -600.00 |
| Check | 09/04/2018 | | American Express | | Member Draw ... | -2,376.11 |
| Check | 09/05/2018 | 1705 | Mike Greenwald | | Member Draw ... | -63.00 |
| Check | 09/07/2018 | 1669 | Charles Fox | | Member Draw ... | -125.00 |
| Check | 09/10/2018 | 1671 | St. Thomas | | Donations | -10.00 |
| Check | 09/10/2018 | | Kohls | | Member Draw ... | -12.23 |
| Check | 09/10/2018 | | Chase | | Member Draw ... | -8,762.74 |
| Check | 09/13/2018 | | | | Bank Service ... | -22.19 |
| Check | 09/13/2018 | 1677 | Charles Fox | | Member Draw ... | -125.00 |
| Deposit | 09/13/2018 | | | transfer from ... | Member Draw ... | 3,000.00 |
| Deposit | 09/13/2018 | | | Deposit | Bank Service ... | 22.19 |
| Check | 09/20/2018 | | Chase | | Member Draw ... | -149.12 |
| Check | 09/20/2018 | 1678 | Howard & Howard | | Professional F... | -125.00 |
| Deposit | 09/27/2018 | | | Linn | Oil & Gas Roy... | 494.76 |
| Check | 09/28/2018 | | | credit memo | Member Draw ... | -490.00 |
| Check | 10/10/2018 | | ADT Security | | Member Draw ... | -127.08 |

**Total Checking - FT6659**                                                                 **-83,395.90**

**Money Market**
Total Money Market

**Money Market - FT7215**

| | | | | | | |
|---|---|---|---|---|---|---|
| Check | 07/05/2018 | | Blue Care Network | | Member Draw ... | -269.63 |
| Check | 07/05/2018 | | Blue Care Network | | Member Draw ... | -309.78 |
| Transfer | 07/19/2018 | | | Funds Transfer | Checking - FT... | 30,000.00 |
| Deposit | 07/25/2018 | | | Riverside | Oil & Gas Roy... | 536.03 |
| Deposit | 07/31/2018 | | | Deposit | Interest Income | 3.13 |
| Transfer | 08/01/2018 | | | Funds Transfer | Pension Payable | -8,000.00 |
| Transfer | 08/06/2018 | | | Credit Loan/a... | Member Draw ... | -39,055.00 |
| Check | 08/07/2018 | | Blue Care Network | | Member Draw ... | -269.63 |
| Check | 08/07/2018 | | Blue Care Network | | Member Draw ... | -309.78 |
| Transfer | 08/08/2018 | | | Funds Transfer | Checking - FT... | -25,000.00 |
| Transfer | 08/10/2018 | | | Funds Transfer | Checking - FT... | -3,000.00 |
| Transfer | 08/13/2018 | | | Funds Transfer | Checking - FT... | -2,000.00 |
| Transfer | 08/13/2018 | | | Funds Transfer | Checking - FT... | -5,000.00 |
| Transfer | 08/22/2018 | | | Funds Transfer | Checking - FT... | -4,000.00 |
| Deposit | 08/27/2018 | | | Deposit | Oil & Gas Roy... | 503.58 |
| Deposit | 08/31/2018 | | | Deposit | Interest Income | 0.74 |
| Check | 09/05/2018 | | Blue Care Network | | Member Draw ... | -269.63 |
| Check | 09/05/2018 | | Blue Care Network | | Member Draw ... | -309.78 |

18-21887-dob   Doc 27   Filed 11/05/18   Entered 11/05/18 15:50:24   Page 23 of 32

# Zaremba Group, LLC
## General Ledger
### As of November 1, 2018

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| Check | 09/05/2018 | | | | Bank Service ... | -29.71 |
| Deposit | 09/10/2018 | | | Deposit | Oil & Gas Roy... | 1,455.76 |
| Deposit | 09/10/2018 | | | Deposit | Interest Income | 0.08 |
| Transfer | 09/10/2018 | | | Funds Transfer | Member Draw ... | -1,455.76 |
| Check | 10/11/2018 | | | | Bank Service ... | -10.00 |
| **Total Money Market - FT7215** | | | | | | **-56,789.38** |

**N/R - ZP**

| | | | | | | |
|------|------|------|------|------|------|------|
| General Journal | 07/31/2018 | 2018-09 | | To record inte... | Interest Income | 2,290.81 |
| General Journal | 08/31/2018 | 2018-10 | | To record inte... | Interest Income | 2,264.17 |
| General Journal | 09/30/2018 | 2018-11 | | To record inte... | | 2,237.47 |

Total N/R - ZP      6,792.45

**Accounts Payable**
Total Accounts Payable

# Zaremba Group, LLC
## General Ledger
### As of November 1, 2018

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **Deferred Revenue - Timing Dif** | | | | | | |
| Total Deferred Revenue - Timing Dif | | | | | | |
| **Other Current Liability** | | | | | | |
| Total Other Current Liability | | | | | | |
| **Payroll Liabilities** | | | | | | |
| Total Payroll Liabilities | | | | | | |
| **Pension Payable** | | | | | | |
| Transfer | 08/01/2018 | | | Funds Transfer | Money Market ... | 8,000.00 |
| Total Pension Payable | | | | | | 8,000.00 |

| | | | | | | |
|------|------|-----|------|------|-------|--------|
| **Member Draw - Yvonne - Bus Re** | | | | | | |
| Transfer | 08/06/2018 | | | Credit Loan/a... | Money Market ... | 39,055.00 |
| Check | 08/07/2018 | 1706 | J & N Construction | | Checking - FT... | 10,431.93 |
| Total Member Draw - Yvonne - Bus Re | | | | | | 49,486.93 |

Table 1

| Name | Date | Check no. | Amount |
|------|------|-----------|--------|
| Luke Zaremba | 11/24/17 | 1375 | 30.00 |
| Walter Zaremba | 1/2/18 | 1605 | 695.00 |
| Zaremba Equipment | 1/9/18 | 1602 | 41,750.00 |
| Walter Zaremba | 2/5/18 | 1550 | 580.00 |
| Walter Zaremba | 2/6/18 | 1551 | 730.00 |
| John Zaremba | 3/21/18 | 1608 | 7950.00 |
| Walter Zaremba | 3/29/18 | 1621 | 650.00 |
| Walter Zaremba | 4/10/18 | 1640 | 975.00 |
| Courtney Zaremba | 6/5/18 | 1644 | 125.00 |
| Walter Zaremba | 8/7/18 | 1714 | 5750.00 |

1

## Member Draw - Yvonne Zaremba

| Type | Date | Num | Name | Memo | Debit |
|---|---|---|---|---|---|
| Check | 10/04/2016 | | Chase | | 2,098.22 |
| Check | 10/05/2016 | | Blue Care Network | | 244.38 |
| Check | 10/05/2016 | | Blue Care Network | | 287.38 |
| Check | 10/11/2016 | | Comenity | | 173.17 |
| Check | 10/11/2016 | 1311 | Kohls | | 191.67 |
| Check | 10/11/2016 | 1312 | American Express | | 2,140.85 |
| Check | 10/17/2016 | 1319 | Walter Zaremba | | 420.00 |
| Check | 10/19/2016 | 1340 | Walter Zaremba | | 350.00 |
| Check | 10/26/2016 | 1317 | Jim VanOverbeke | | 4,000.00 |
| Check | 10/26/2016 | | AT&T | Deposit | 238.28 |
| Check | 10/31/2016 | 1320 | Chase | | 2,281.98 |
| Check | 11/02/2016 | 1321 | Meijer | | 363.07 |
| Check | 11/02/2016 | 1322 | Farm Bureau Life Insurance | | 72.68 |
| Check | 11/03/2016 | 1324 | AARP | | 16.00 |
| Check | 11/03/2016 | 1329 | Kohls | | 39.82 |
| Check | 11/07/2016 | | Blue Care Network | | 244.38 |
| Check | 11/07/2016 | | Blue Care Network | | 287.38 |
| Check | 11/10/2016 | | American Express | | 2,209.99 |
| Check | 11/22/2016 | | | | 3,000.00 |
| Check | 12/01/2016 | 1332 | Chase | | 1,519.05 |
| Check | 12/02/2016 | 1330 | Arkfeld Advanced Chiropractic | | 95.00 |
| Check | 12/02/2016 | 1331 | Comenity | | 136.38 |
| Check | 12/02/2016 | | AT&T | | 116.64 |
| Check | 12/06/2016 | | Blue Care Network | | 244.38 |
| Check | 12/06/2015 | | Blue Care Network | | 287.38 |
| Check | 12/16/2016 | 1358 | Steve Dziewa | | 1,500.00 |
| Check | 12/19/2016 | 1353 | Wm. Desjardins DDS | | 167.10 |
| Check | 12/21/2016 | 1272 | Crawford County | ?? | 61.00 |
| Check | 12/22/2016 | 1359 | William DesJardins | | 192.85 |
| Check | 12/23/2016 | 1354 | Derrer Oil | | 445.50 |
| Check | 12/27/2016 | 1356 | Chase | | 1,312.54 |
| Check | 12/29/2016 | 1355 | Arkfeld Advanced Chiropractic | | 82.99 |
| Check | 12/29/2016 | 1360 | AT&T | | 116.64 |
| Transfer | 12/31/2016 | | | Funds Transfer | 8,511.87 |
| Transfer | 12/31/2016 | | | Funds Transfer | 1,038.00 |
| Transfer | 12/31/2016 | | | Funds Transfer | 42,334.00 |
| General Journal | 12/31/2016 | 2016-101 | | reverse duplicate transaction | 166.13 |
| General Journal | 12/31/2016 | 2016-102 | | reclass | 1,974.38 |
| Transfer | 12/31/2016 | | | Funds Transfer | 53,057.75 |
| Transfer | 12/31/2016 | | | Funds Transfer | 96,000.00 |
| Transfer | 12/31/2016 | | | Funds Transfer | 6,735.71 |
| Transfer | 12/31/2016 | | | Funds Transfer | 834.84 |
| Transfer | 12/31/2016 | | | Funds Transfer | 8,241.29 |
| Transfer | 12/31/2016 | | | Funds Transfer | 50.00 |
| | | | | | |
| Check | 01/03/2017 | | AT&T | | 66.35 |
| Check | 01/04/2017 | 1372 | Steve Dziewa | | 350.00 |
| Check | 01/05/2017 | | Blue Care Network | | 244.38 |
| Check | 01/05/2017 | | Blue Care Network | | 287.38 |
| Check | 01/06/2017 | 1368 | Audicare Hearing Center | | 45.00 |
| Check | 01/06/2017 | 1370 | Derrer Oil | | 381.31 |
| Check | 01/12/2017 | 1374 | Dean Vivian | | 300.00 |
| Check | 01/20/2017 | | | | 496.89 |

| Check | 01/24/2017 | 1376 | Derrer Oil | | 394.88 |
|---|---|---|---|---|---|
| Check | 01/26/2017 | 1377 | Quality Plumbing & Heating | | 456.60 |
| Check | 01/26/2017 | 1391 | Internal Revenue Service | notice CP22A/2013 | 637.43 |
| Check | 02/06/2017 | | Blue Care Network | | 244.38 |
| Check | 02/06/2017 | | Blue Care Network | | 287.38 |
| Check | 02/06/2017 | 1395 | Pam Austin | | 38.00 |
| Check | 02/06/2017 | 1394 | Chase | | 2,157.35 |
| Check | 02/06/2017 | 1378 | Kristin Peterson | | 65.00 |
| Check | 02/07/2017 | 1397 | Comenity | | 178.73 |
| Check | 02/07/2017 | 1396 | American Express | | 1,864.07 |
| Check | 02/08/2017 | 1392 | Don Throgmartin | | 80.00 |
| Check | 02/08/2017 | 1393 | AT&T | | 116.64 |
| Check | 02/09/2017 | 1398 | Don Throgmartin | | 125.00 |
| Check | 02/13/2017 | 1373 | Abbie Zaremba | | 75.00 |
| Check | 02/16/2017 | 1379 | Kristin Peterson | | 65.00 |
| Check | 02/27/2017 | 1380 | Derrer Oil | | 77.57 |
| Check | 03/02/2017 | 1389 | Walter Zaremba | | 375.00 |
| Check | 03/03/2017 | | Chase | | 2,914.96 |
| Check | 03/06/2017 | | Blue Care Network | | 244.38 |
| Check | 03/06/2017 | | Blue Care Network | | 287.38 |
| Check | 03/06/2017 | | Comenity | | 33.91 |
| Check | 03/06/2017 | | AT&T | | 130.20 |
| Check | 03/06/2017 | | Comenity | | 241.74 |
| Check | 03/10/2017 | 1400 | Moose International | | 35.00 |
| Check | 03/13/2017 | | Kohls | | 33.64 |
| Check | 03/14/2017 | | American Express | | 5,675.56 |
| Check | 03/22/2017 | 1401 | Courtney Zaremba | | 50.00 |
| Check | 03/27/2017 | 1402 | Collin Smalley | | 100.00 |
| Check | 03/31/2017 | 1404 | Doug Godwin | | 400.00 |
| Check | 04/03/2017 | 1405 | Knights of Columbus-Insurance | | 90.70 |
| Check | 04/03/2017 | | AT&T | | 125.87 |
| Check | 04/05/2017 | | Blue Care Network | | 244.38 |
| Check | 04/05/2017 | | Blue Care Network | | 287.38 |
| Check | 04/12/2017 | | Comenity | | 399.00 |
| Check | 04/13/2017 | 1409 | Doug Godwin | | 900.00 |
| Check | 04/13/2017 | | American Express | | 2,858.28 |
| Check | 04/26/2017 | 1412 | Kristin Peterson | | 65.00 |
| Check | 04/27/2017 | 1411 | State of Michigan | | 42.00 |
| Check | 05/01/2017 | 1406 | First Bank Card | | 20.00 |
| Check | 05/01/2017 | 1413 | Don Throgmartin | | 340.00 |
| Check | 05/02/2017 | | Chase | | 1,759.23 |
| Check | 05/04/2017 | 1414 | Knights of Columbus-Insurance | | 135.45 |
| Check | 05/05/2017 | | Blue Care Network | | 244.38 |
| Check | 05/05/2017 | | Blue Care Network | | 287.38 |
| Check | 05/08/2017 | 1416 | Dean Vivian | | 300.00 |
| Check | 05/11/2017 | 1419 | William DesJardins | | 1,179.90 |
| Check | 05/19/2017 | 1424 | Derrer Oil | | 777.82 |
| Check | 05/22/2017 | 1420 | Aerie1825 | | 30.00 |
| Check | 05/26/2017 | | American Express | | 64.57 |
| Check | 05/30/2017 | 1337 | Meijer Mastercard | | 265.36 |
| Check | 06/05/2017 | 1429 | Chemical Bank | | 518.67 |
| Check | 06/05/2017 | | AT&T | | 130.20 |
| Check | 06/05/2017 | | Kohls | | 144.80 |
| Check | 06/05/2017 | | Chase | | 1,658.81 |
| Check | 06/06/2017 | | Blue Care Network | | 258.89 |
| Check | 06/06/2017 | | Blue Care Network | | 300.97 |
| Check | 06/07/2017 | 1426 | Durinda Chamberling | | 2,500.00 |
| Check | 06/14/2017 | 1427 | Arkfeld Advanced Chiropractic | | 91.21 |

| | | | | | |
|---|---|---|---|---|---|
| Check | 06/14/2017 | | American Express | | 2,594.99 |
| Check | 06/23/2017 | 1338 | Anna Zaremba | | 100.00 |
| Check | 06/26/2017 | 1435 | Chemical Bank | | 874.14 |
| Check | 06/26/2017 | | AT&T | | 125.20 |
| Check | 06/26/2017 | | Chase | | 1,383.18 |
| Check | 06/27/2017 | 1436 | Aflac | | 1,470.15 |
| Check | 07/03/2017 | 1444 | Arkfeld Advanced Chiropractic | | 107.12 |
| Check | 07/05/2017 | | Blue Care Network | | 258.89 |
| Check | 07/05/2017 | | Blue Care Network | | 300.97 |
| Check | 07/05/2017 | | Comenity | | 179.32 |
| Check | 07/11/2017 | | American Express | | 2,786.71 |
| Check | 07/13/2017 | 1441 | Healy Hunt | | 100.00 |
| Check | 07/20/2017 | 1445 | Derrer Oil | Farm | 570.83 |
| Check | 07/20/2017 | 1446 | Derrer Oil | | 285.41 |
| Check | 07/20/2017 | 1447 | Presque Isle Electric | | 1,618.57 |
| Check | 07/28/2017 | 1454 | Knights of Columbus-Insurance | | 1,208.14 |
| Check | 07/31/2017 | | Chase | | 1,621.70 |
| Check | 08/01/2017 | 1460 | Arkfeld Advanced Chiropractic | | 66.02 |
| Check | 08/01/2017 | 1463 | William DesJardins | | 111.60 |
| Check | 08/03/2017 | | First Bank Card | | 1.96 |
| Check | 08/07/2017 | | ADT Security | | 118.71 |
| Check | 08/07/2017 | | Blue Care Network | | 258.89 |
| Check | 08/07/2017 | | Blue Care Network | | 300.97 |
| Check | 08/08/2017 | | AT&T | | 125.20 |
| Check | 08/08/2017 | | Comenity | | 158.64 |
| Check | 08/14/2017 | 1468 | Aflac | | 1,470.15 |
| Check | 08/14/2017 | | American Express | | 6,485.17 |
| Check | 08/17/2017 | 1469 | Cape Coral Chiropractic Center | | 199.00 |
| Check | 08/30/2017 | 1207 | Don Osgr | | 170.00 |
| Check | 09/05/2017 | 1480 | Chemical Bank | | 1,474.87 |
| Check | 09/05/2017 | | Kohls | | 191.31 |
| Check | 09/05/2017 | | Chase | | 2,237.76 |
| Check | 09/05/2017 | | Blue Care Network | | 258.89 |
| Check | 09/05/2017 | | Blue Care Network | | 300.97 |
| Check | 09/06/2017 | | AT&T | | 129.45 |
| Check | 09/08/2017 | 1485 | Chemical Bank | | 32.00 |
| Check | 09/12/2017 | | American Express | | 5,946.58 |
| Check | 09/12/2017 | | Comenity | | 298.07 |
| Check | 09/22/2017 | 1492 | Steve Dziewa | | 2,110.87 |
| Check | 09/27/2017 | | Chase | | 2,778.61 |
| Check | 09/28/2017 | 1497 | McLaren Hospital | | 20.28 |
| Check | 09/28/2017 | | Kohls | | 26.91 |
| Check | 09/29/2017 | 1495 | Chemical Bank | | 648.90 |
| Check | 10/02/2017 | 1491 | Arkfeld Advanced Chiropractic | | 115.00 |
| Check | 10/02/2017 | | Comenity | | 44.10 |
| Check | 10/05/2017 | | AT&T | | 125.20 |
| Check | 10/05/2017 | | Blue Care Network | | 258.89 |
| Check | 10/05/2017 | | Blue Care Network | | 300.97 |
| Check | 10/06/2017 | 1494 | Kirkpatrick & DuBois, PLC | | 140.00 |
| Check | 10/06/2017 | 1502 | Derrer Oil | | 231.82 |
| Check | 10/06/2017 | | American Express | | 2,480.76 |
| Check | 10/19/2017 | | ADT Security | | 118.71 |
| Check | 11/01/2017 | | Chase | | 1,765.23 |
| Check | 11/02/2017 | 1514 | Wilderness Valley Property Owners | | 45.00 |
| Check | 11/02/2017 | | AT&T | | 125.20 |
| Check | 11/03/2017 | 1518 | Chemical Bank | | 2,298.60 |
| Check | 11/06/2017 | 1505 | Farm Bureau Life Insurance | | 72.68 |
| Check | 11/08/2017 | | American Express | | 2,632.97 |

| Check | 11/07/2017 | | Comenity | | 146.35 |
|---|---|---|---|---|---|
| Check | 11/07/2017 | | Blue Care Network | | 258.89 |
| Check | 11/07/2017 | | Blue Care Network | | 300.97 |
| Check | 11/08/2017 | 1523 | Steve Dziewa | | 1,387.50 |
| Check | 11/13/2017 | 1521 | AT&T | | 99.44 |
| Check | 11/24/2017 | 1375 | Luke Zaremba | | 30.00 |
| Check | 11/27/2017 | 1530 | Chemical Bank | | 4,088.95 |
| Check | 11/27/2017 | | Chase | | 906.88 |
| Check | 11/28/2017 | 1533 | Derrer Oil | | 468.35 |
| Check | 11/29/2017 | | AT&T | | 125.20 |
| Check | 11/30/2017 | 1525 | Cape Coral Chiropractic Center | | 22.30 |
| Check | 12/04/2017 | | Comenity | | 94.35 |
| Check | 12/05/2017 | 1534 | Arkfeld Advanced Chiropractic | | 20.00 |
| Check | 12/05/2017 | | Blue Care Network | | 258.89 |
| Check | 12/05/2017 | | Blue Care Network | | 300.97 |
| Check | 12/08/2017 | | Chase | | 434.49 |
| Check | 12/11/2017 | | American Express | | 4,012.87 |
| General Journal | 12/31/2017 | 2017-17 | | Reimbursement and allocation of legal expenses | 801,162.08 |
| General Journal | 12/31/2017 | 2017-5 | | To record dividends fromHilltop Securities | 1,800.00 |
| General Journal | 12/31/2017 | 2017-6 | | Distribution of note to Yvonne | 2,381,622.00 |
| General Journal | 12/31/2017 | 2017-12 | | Adjust for advance to Yvonne to buy truck | 41,716.58 |
| General Journal | 12/31/2017 | 2017-13 | | Adjust for sale of land | 166,667.00 |
| General Journal | 12/31/2017 | 2017-9 | | To reclass professional fees paid on behalfof ZFF | 1,753.50 |

## Member Draw - Carrie Shiels

| Type | Date | Num | Name | Memo | Debit |
|------|------|-----|------|------|-------|
| | | | | | |
| | | | | | |
| Check | 10/31/2016 | 1314 | Carrie Shiels | | 10,000.00 |
| | | | | | |
| | | | | | 10,000.00 |
| | | | | | |
| | | | | | 0.00 |

# United States Bankruptcy Court
## Eastern District of Michigan, Northern Division-Bay City

In re  **Zaremba Group, L.L.C.**                    Case No. **18-21887**
Debtor(s)           Chapter **11**

### STATEMENT OF ATTORNEY FOR DEBTOR(S)
### PURSUANT TO F.R.BANKR.P. 2016(b)

The undersigned, pursuant to F.R.Bankr.P. 2016(b), states that:

1. The undersigned is the attorney for the Debtor(s) in this case.

2. The compensation paid or agreed to be paid by the Debtor(s) to the undersigned is: [Check one]

     [ ]    **FLAT FEE**

         A.    For legal services rendered in contemplation of and in connection with this case, exclusive of the filing fee paid . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

         B.    Prior to filing this statement, received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. . _____

         C.    The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . _____

     [ **X** ]    **RETAINER**

         A.    Amount of retainer received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **15,000.00**

         B.    The undersigned shall bill against the retainer at an hourly rate of $ **400.00** . [Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

3. $ **1,717.00** of the filing fee has been paid.

4. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including: [Cross out any that do not apply.]

         A.    Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
         B.    Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
         C.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
         D.    ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
         E.    Reaffirmations;
         F.    Redemptions;
         G.    Other:

5. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

6. The source of payments to the undersigned was from:
         A.        Debtor(s)' earnings, wages, compensation for services performed
         B.    **XX**     Other (describe, including the identity of payor)    **James Zaremba**

7. The undersigned has not shared or agreed to share, with any other person, other than with members of the undersigned's law firm or corporation, any compensation paid or to be paid except as follows:

Dated: **November 5, 2018**                 **/s/ Rozanne M. Giunta**
                                                     Attorney for the Debtor(s)
                                                     **Rozanne M. Giunta P29969**
                                                     **Warner Norcross & Judd, LLP**
                                                     **715 E. Main Street**
                                                     **Suite 110**
                                                     **Midland, MI 48640-5382**
                                                     **989-698-3758 rgiunta@wnj.com**

Agreed: **/s/ James Zaremba**
          **James Zaremba**
          Debtor                                                                           Debtor